UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHANCE BRADLEY IRWIN,

               Plaintiff,

    v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

               Defendant.

CASE NO. C16-5782-RAJ

ORDER AFFIRMING COMMISSIONER

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler.  It is therefore ORDERED:

(1)    The Court adopts the Report and Recommendation;

(2)    The Court AFFIRMS the decision of the Commissioner; and

(3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 23rd day of June, 2017.

_____

The Honorable Richard A. Jones
United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE - 1